GEORGE BURT, Respondent, *v.* ARNOLD LUSTIG, Appellant.

(Argued December 23, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 16, 1892, which overruled defendant's exceptions, denied his motion for a new trial and directed judgment to be entered in favor of plaintiff upon a verdict directed by the court.

*John C. Shaw* for appellant.

*Joseph F. Mosher* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.